USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/14/2026

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

In re Application of

DESSIDERIA D'CARO CARDOSO,

Petitioner,

for an Order Pursuant to 28 U.S.C. § 1782 to Conduct Discovery for Use in a Foreign Proceeding

26 Misc. 309 (AT)

**ORDER**

ANALISA TORRES, District Judge:

Dessideria D'Caro Cardoso applies for authorization under 28 U.S.C. § 1782 to serve a discovery subpoena on Respondent, Merrill Lynch, Pierce, Fenner & Smith Incorporated ("Merrill Lynch"). *See* Pet., ECF No. 1. By letter dated July 10, 2026, Merrill Lynch responded, stating that it "does not oppose the Court granting [the Petition,]" but reserves "all rights and objections with respect to the discovery requests in the proposed subpoena," such as "objections to the scope, burden proportionality, and overbreadth" of particular requests. *See* Resp. at 1, ECF No. 7. Merrill Lynch affirms that it "will meet and confer with [Cardoso's] counsel on any objections, if necessary." *Id.*

Having reviewed Cardoso's memorandum of law in support of her application, *see* Mem. at 6–8, ECF No. 1-2, the Court concludes that the statutory prerequisites for issuance of a subpoena under 28 U.S.C. § 1782 are met. *See Mees v. Butler*, 793 F.3d 291, 297–98 (2d Cir. 2015). Specifically, the Court finds: (1) Merrill Lynch is "found" in the Southern District of New York within the meaning of § 1782, *see In re del Valle Ruiz*, 939 F.3d 520, 528 (2d Cir. 2019); (2) the discovery is for use in a foreign proceeding in Venezuela, *see* Mem. at 7–8; Cedillo Decl. ¶¶ 1, 6, 9, 11, ECF No. 1-5; (3) Cardoso is an interested person in the foreign proceeding, *see* Mem. at 8; Cedillo Decl. ¶ 10.

Accordingly, the Court GRANTS Cardoso's petition, without prejudice to Merrill Lynch moving to quash or modify the subpoena at a later date.

SO ORDERED.

Dated: July 14, 2026
New York, New York

ANALISA TORRES
United States District Judge